## VERDICT FORM B

We, the jury, find for Defendant, Shawn Meeks and against Plaintiff, Steven Cole.

s/Foreperson

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror



FILED
APR 18 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS