Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**
APR 23 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven Cole ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 15-CV-1292 |
| ) | |
| Detective Shawn Meeks, and the ) | |
| City of Peoria ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the Jury finds for Defendant Shawn Meeks, and against Plaintiff Steven Cole, plus costs of suit.

**Dated:** April 23, 2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court